**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ANASTACIA HERNANDEZ,

                          Plaintiff,

             -against-

108 K & J LAUNDROMAT CORP. and
PASCUAL SOTO, Individually,

                          Defendants

-----------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:__8/7/2023__

23-CV-2317 (JGLC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On June 21, 2023, the Court ordered that the parties file a joint status letter by July 21, 2023. No letter was filed. **By August 11, 2023**, the parties shall file a joint status letter with the Court, including updates on discovery.

Failure to comply with court orders may result in a recommendation for sanctions up to and including dismissal for failure to prosecute.

**SO ORDERED.**

DATED:    New York, New York
            August 7, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge